# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br>　　　　　　Plaintiff,<br>　vs.<br>BRYN MAWR COLLEGE, ET AL.<br>　　　　　　Defendants. | Case No.: 2:21-cv-02538 |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Jane Doe, pursuant to Federal Rule of Civil Procedure 55(a), hereby requests that the Clerk enter a default against Defendant, David Barreto on the basis that the record in this case demonstrates that Barreto has failed to plead or otherwise defend this action. An Affidavit in support of this Request is attached hereto as Exhibit "A."

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter default against Defendant David Baretto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**THE BEASLEY FIRM, LLC**

　　　　　　　　　　　　BY:　/s/Grainne B. Lynn
　　　　　　　　　　　　　　　JAMES E. BEASLEY, JR.
　　　　　　　　　　　　　　　GRAINNE B. LYNN
　　　　　　　　　　　　　　　1125 Walnut Street
　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　215.592.1000
　　　　　　　　　　　　　　　215.592.8360 (telefax)
Dated: December 6, 2021　　　Attorneys for Plaintiff

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

_____
**Jane Doe v. Bryn Mawr College, et al.**
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

## **VERIFICATION**

I, Grainne B. Lynn, Esquire, being duly sworn according to law, verify under penalty of perjury that the foregoing information contained in the foregoing Plaintiff's Motion for Leave to Serve by Electronic Mail is true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of 28 U.S.C. §1746.

/s/Grainne B. Lynn<br>Grainne B. Lynn

Dated: December 6, 2021

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**Jane Doe v. Bryn Mawr College, et al.**
**Verification**

## **CERTIFICATE OF SERVICE**

I, Grainne B. Lynn, hereby certify that service of a true and correct copy of the foregoing was served upon counsel listed below:

### **VIA THE COURT'S ECF SYSTEM**

Michael Baughman, Esq.
Rosemary T. Cochrane, Esq.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
*Attorneys for Defendant Bryn Mawr College*

### **VIA ELECTRONIC MAIL AND CLERK OF COURTS**

Nelson David Gomez Barretto
47 W. Mount Airy Avenue
Philadelphia, PA 19119-2402

/s/Grainne B. Lynn
Grainne B. Lynn

Date: December 6, 2021

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM