**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEXIS LONGO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRYN MAWR COLLEGE, et al | : | NO. 21-2538 |
| | : | |

**O R D E R**

AND NOW this 2nd day of February 2023, it is hereby **ORDERED** that a status conference in the above-captioned matter has been scheduled for February 7, 2023, at 2:00 p.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

/s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE